COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:    Neat Home Investors, LLC, Ignacio Flores, and Leticia Ramirez v. Frank Grande and Suzan Grande d/b/a CJ Properties

Appellate case number:    01-17-00334-CV

Trial court case number:    CI55015

Trial court:    County Court at Law No. 2 and Probate Court of Brazoria County

Appellants, Neat Home Investors, LLC, Ignacio Flores, and Leticia Ramirez, have filed a notice of appeal of the trial court's April 5, 2017 final judgment and have filed their appellants' brief. The brief of appellees, Frank Grande and Suzan Grande d/b/a CJ Properties, was due on September 11, 2017. Appellees, representing that the parties have reached a settlement, twice moved for an extension of time to file their brief. We granted appellees' motions and extended the time to file their brief to January 9, 2018. On January 30, 2018, the Clerk of this Court notified the parties that, unless they filed a motion to dispose of the appeal, notified the Court of the status of the settlement proceedings, or demonstrated that a live controversy as to the merits of the appeal existed, the Court might dismiss the appeal. Appellees responded by filing a third agreed motion to extend the time to file their brief. In their motion, appellees state that "[t]he parties have settled this matter and have a signed Rule 11 amongst the attorneys" but indicate that the settlement is not finalized.

**Accordingly, we abate the appeal.** Unless the parties file, within 30 days of the date of this order, a motion to reinstate and dismiss or otherwise dispose of the appeal, a report advising the Court of the status of the settlement proceedings, or a response demonstrating that a live controversy as to the merits of the appeal exists, the appeal may be reinstated and dismissed without further notice.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☑ Acting individually   ☐ Acting for the Court

Date: February 22, 2018